22-10538 mfw



STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

Phone: (916) 845-4750

Fax: (916) 845-9799

Notice Date: 08/01/24

RECEIVED 2024 AUG 12 AM 11:56 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## Request for Payment of Administrative Expense

United States Bankruptcy Court
District of Delaware

824 North Market St 3rd FL
Wilmington DE 19801

In the Matter of : ELECTRIC LAST MILE, INC

| Bankruptcy Case Number | Chapter | Petition Date | Type of Liability | FTB Account Number | Amount Due |
|---|---|---|---|---|---|
| 2210538 MFW | 7 | 06/14/2022 | BANK AND CORPORATION | XXX6026XXX | $1,748.72 |

1. The undersigned, whose business address is shown above, is an agent of the Franchise Tax Board of the State of California and is authorized to make this request for payment on behalf of the Franchise Tax Board.
2. This debt is for liabilities due under the Revenue and Taxation Code and the Corporations Code of the State of California.
3. All credits on this debt have been applied prior to making this request for payment.
4. Request is made for payment of the administrative expense described below.

### Administrative Expense

| Tax Period | Tax Due | Penalty to Date | Interest to Date | Costs to Date | Total to Date |
|---|---|---|---|---|---|
| 12/31/2023 | $800.00 | $74.53 | $17.41 | $0.00 | $891.94 |
| 12/31/2024 | $800.00 | $56.78 | $0.00 | $0.00 | $856.78 |

5. Interest compounded daily accrues at the rate established in the Revenue and Taxation Code of the State of California. If the amount due shown above is not paid within 15 days from the above notice date, contact the Bankruptcy Section for the current amount due at the time of payment.
6. Make check payable to the Franchise Tax Board and mail it to the business address shown above.

/s/: Kim Tho Nguyen

Franchise Tax Board Claim Agent

The Franchise Tax Board Bankruptcy Section takes an active role in resolving bankruptcy issues. We can receive delinquent tax returns and encourage correspondence and telephone calls. We provide assistance to prevent unnecessary litigation.

FTB 6928 C ARCS (REV 06-2019)



STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

Telephone: (916) 845-4750  Fax: (916) 845-9799

Date: 08/01/24
Bankruptcy Case Number: 2210538 MFW
Petition Date: 06/14/2022
Debtor Name: ELECTRIC LAST MILE, INC

## Attachment

Franchise Tax Board (FTB) reserves the right to amend this claim/request based on any audit or investigation of any filed income tax returns or any other audit or investigation.

FTB reserves the right to amend this claim/request in accordance with applicable law, including, without limitation, modifying the amounts claimed as an administrative expense, secured, priority, and unsecured for the purposes of this bankruptcy case.

FTB reserves the right to amend this claim/request to add additional penalties and interest.

FTB's records indicate an income tax return has not been filed for the following tax year(s): 2023, 2024.

Accordingly, FTB reserves the right to amend this claim/request based upon receipt of such income tax return(s), any audit or investigation of such return(s), or any other audit or investigation.

FTB's claim, to the extent it is secured, is secured by all property and rights to property whether real or personal, tangible or intangible, including all after-acquired property and rights to property, belonging to the debtor(s) and located in this state. (California Revenue & Taxation Code §19221; California Government Code § 7170.) Should the value of the collateral be determined to be less than the amount of the secured claim or should the lien be avoided in whole or in part, FTB reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim.

Except to the extent stated herein, FTB has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right of setoff against this claim of debts owed to this debtor by FTB or any other state agency. All rights of setoff are preserved and will be asserted to the extent lawful.

FTB 6928 C ARCS (REV 06-2019)